|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| ADDISON ORR, | Case No. 2:20-cv-00424-APG-VCF |
| Plaintiff | **ORDER** |
| v. | |
| STATE OF NEVADA, | |
| Defendant | |

### I. DISCUSSION

On March 3, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order. (ECF No. 3 at 2). On March 20, 2020, Plaintiff filed a motion for enlargement of time to file a fully complete application to proceed *in forma pauperis* because he had not yet received his financial certificate from the NDOC. (ECF No. 4 at 1). The Court now grants Plaintiff's motion for enlargement of time at ECF No. 4. Plaintiff shall file a fully complete application to proceed *in forma pauperis* on this Court's approved form and attach an inmate account statement for the past six months and a properly executed financial certificate or pay the full $400 filing fee on or before **Tuesday, May 26, 2020.**

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for enlargement of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Tuesday, May 26, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on this Court's approved form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: March 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE